**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GERALD E. REED IV, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                Case No.: 3:19-cv-373-J-39JRK

COSTA DEL MAR, INC.,
a Florida corporation,

    Defendant.
_____/

## JOINT NOTICE OF AGREEMENT TO TRANSFER CASE

Pursuant to the Court's Order (Dkt. 39) dated August 28, 2019, Plaintiff Gerald E. Reed IV ("Plaintiff") and Defendant Costa Del Mar, Inc. ("Costa") have conferred, and agree that the case may be transferred to the Orlando Division of the Middle District of Florida.

Respectfully submitted this 6th day of September, 2019.

| **HOLLAND & KNIGHT LLP** | **MCGUIRE WOODS LLP** |
|---|---|
| /s/ *Laura B. Renstrom* | /s/ *Sara F. Holladay-Tobias* |
| Peter P. Hargitai (FBN 85375) | Sara F. Holladay-Tobias, Esq. |
| peter.hargitai@hklaw.com | Eric Bilik, Esq. |
| Joshua H. Roberts (FBN 042029) | Emily Rottmann, Esq. |
| joshua.roberts@hklaw.com | McGuireWoods, LLP |
| Laura B. Renstrom (FBN 108019) | 50 North Laura Street, Suite 3300 |
| laura.renstrom@hklaw.com | Jacksonville, FL 32202 |
| Michael M. Gropper (FBN 105959) | stobias@mcguirewoods.com |
| michael.gropper@hklaw.com | ebilik@mcguirewoods.com |
| 50 North Laura Street, Suite 3900 | erottmann@mcguirewoods.com |
| Jacksonville, Florida 32202 | |
| Telephone: (904) 353-2000 | – and – |
| Facsimile: (904) 358-1872 | |
| | Justin R. Opitz (admitted pro hac vice) |
| *Attorneys for Gerald E. Reed IV* | jopitz@mcguirewoods.com |
| | 2000 McKinney Avenue, Suite 1400 |
| | Dallas, Texas 75201 |

– and –

Mark E. Anderson (admitted pro hac vice)
manderson@mcguirewoods.com
Jocelyn M. Mallette (admitted pro hac vice)
jmallette@mcguirewoods.com
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601

*Counsel for Defendant Costa Del Mar, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2019, I provided a copy of the foregoing *via* electronic mail to the following recipients:

Sara F. Holladay-Tobias, Esq.
Eric Bilik, Esq.
Emily Rottmann, Esq.
McGuireWoods, LLP
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
stobias@mcguirewoods.com
ebilik@mcguirewoods.com
erottmann@mcguirewoods.com

– and –

Justin R. Opitz (admitted pro hac vice)
jopitz@mcguirewoods.com
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201

– and –

Mark E. Anderson (admitted pro hac vice)
manderson@mcguirewoods.com
Jocelyn M. Mallette (admitted pro hac vice)
jmallette@mcguirewoods.com
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601

*Counsel for Defendant*

/s/ *Laura Renstrom*
Attorney